**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| PHILIP JENSEN, | : | No. 97 MAP 2023 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated |
| | : | September 20, 2023 at No. 193 MD |
| v. | : | 2023 |
| | : | |
| | : | |
| PENNSYLVANIA STATE CIVIL SERVICE | : | |
| COMMISSION, | : | |
| | : | |
| Appellee | : | |

**ORDER**

**PER CURIAM**                                          **DECIDED:  June 18, 2024**

**AND NOW,** this 18th day of June, 2024, the order of the Commonwealth Court is

**AFFIRMED**.